Ann Olin, Appellee, v. David K. Olin, Appellant.

Gen. No. 45,576.

Ehrlich & Cohn, and Rose, Burt & Pierce, for appellant; Aaron H. Cohn, of counsel; Benjamin B. Davis, and Sidney Mintz, for appellee; Joseph W. Baer, and John S. Jones, of counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.** Opinion filed May 5, 1952; released for publication June 9, 1952.

